AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**FRANK C. BROWN, JR.,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO.  C2-10-783**
**KELLY MASON, et al.,**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendants.**

   ___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed July 16, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: July 16, 2012                                  JAMES BONINI, CLERK

                                                                                 /S/ Andy F. Quisumbing
                                                                                (By) Andy F. Quisumbing
                                                                                 Courtroom Deputy Clerk